UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| MARIO CAMPOS, | ) | No. EDCV 13 - 01347 CW |
| | ) | |
| Plaintiff, | ) | ORDER AWARDING EAJA FEES |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner Of Social Security, | ) ) ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND NINE HUNDRED DOLLARS AND 00/100 ($2,900.00) subject to the terms of the stipulation.

DATE: February 23, 2015        _____
                               *Carla M. Woehrle*
                               HON. CARLA M. WOEHRLE
                               UNITED STATES MAGISTRATE JUDGE

-1-